1  **BOUTIN JONES INC.**
   Robert D. Swanson, SBN 162816
2  555 Capitol Mall, Suite 1500
   Sacramento, CA 95814-4603
3  Telephone:  (916) 321-4444
   Fax:        (916) 441-7597
4
   **LEASON ELLIS LLP**
5  Robert M. Isackson, Pro Hac Vice
   Matthew L. Kaufman, Pro Hac Vice
6  Henry A. Gabathuler, Pro Hac Vice
   1 Barker Avenue, 5th Floor
7  White Plains, NY 10601
   Telephone:  (914) 821-3079
8  Fax:        (914) 280-0023

9  Attorneys for Defendants Repro-Med Systems, Inc. and
   Andrew I. Sealfon
10
   **HICKS THOMAS LLP**
11 John B. Thomas, SBN 269538
   8801 Folsom Boulevard, Suite 172
12 Sacramento, CA 95826
   Telephone:  (916) 388-0822
13 Fax:        (916) 691-3261

14 **RAMEY & SCHWALLER, LLP**
   William P. Ramey, III, Pro Hac Vice
15 5020 Montrose Boulevard, Suite 750
   Houston, TX 77006
16 Telephone:  (713) 426-3923
   Fax:        (832) 900-4941
17
   Attorneys for Plaintiff EMED Technologies Corporation
18

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMED Technologies Corporation, | **Case No.: 2:19-cv-00598-TLN-CKD** |
| Plaintiff, | **ORDER GRANTING STIPULATED REQUEST TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER** |
| vs. | |
| Repro-Med Systems, Inc., et al, | **Courtroom: 2** |
| Defendants. | **Judge: Hon. Troy L. Nunley** |

- 1 -
ORDER GRANTING STIPULATED REQUEST TO MODIFY INITIAL PRETRIAL SCHEDULING ORDER

The Court, having reviewed the parties' Joint Stipulated Request to Modify the Initial Pretrial Scheduling Order and upon good cause shown, the parties' stipulation is hereby GRANTED.

The Scheduling Order is amended as follows:

a. Plaintiff to file SAC: August 30, 2019

b. Defendants to move to dismiss SAC: September 30, 2019

c. Amendment of the parties/pleadings: To be set by the Court in the order on motion to dismiss.

d. Rule 26(f) Conference: 30 days after decision on motion to dismiss

e. Fact Discovery: 240 days after Rule 26(f) Conference

All other matters and dates remain unchanged.

Upon the entry of this Order, Defendants' Objections to Initial Pretrial Scheduling Order (Dkt. 60) are withdrawn.

**IT IS SO ORDERED**

Dated: July 26, 2019

Troy L. Nunley
United States District Judge