**BOUTIN JONES INC.**
Robert D. Swanson, SBN 162816
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Fax: (916) 441-7597

**LEASON ELLIS LLP**
Robert M. Isackson, Pro Hac Vice
Matthew L. Kaufman, Pro Hac Vice
Henry A. Gabathuler, Pro Hac Vice
1 Barker Avenue, 5th Floor
White Plains, NY 10601
Telephone: (914) 821-3079
Fax: (914) 280-0023

Attorneys for Defendants Repro-Med Systems, Inc. and
Andrew I. Sealfon

**HICKS THOMAS, LLP**
John B. Thomas
700 Louisiana St., Suite 2000
Houston, TX 77002
Telephone: (713) 547-9106
Fax: (713) 547-9150

**RAMEY & SCHWALLER, LLP**
William P. Ramey, III
5020 Montrose Blvd., Suite 750
Houston, TX 77006
Telephone: (713) 426-3923
Fax: (832) 900-4941

Attorneys for Plaintiff EMED Technologies Corporation

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EMED TECHNOLOGIES CORPORATION, ) ) Plaintiff, ) ) v. ) ) ) REPRO-MED SYSTEMS, INC., ) ) Defendant. ) ) ) | Case No.: 2:19-cv-00598-TLN-CKD<br><br>**STIPULATION OF DISMISSAL UNDER RULE 41 FED.R.CIV.P. AND ORDER** |

The parties to this action having settled their dispute, it is hereby stipulated and agreed by and between the parties to this action, represented by their attorneys, as follows:

1. The action, including all claims and counterclaims, are hereby dismissed with prejudice.
2. Relief sought in any pending motions by any of the parties is denied.
3. Each party is to bear its own costs and expenses and attorney fees.

So agreed and stipulated.

DATED: May 26, 2020           BOUTIN JONES INC.

                              By:  */s/ Robert D. Swanson*
                                   Robert D. Swanson
                                   Attorneys for Defendants Repro-Med
                                   Systems, Inc. and
                                   Andrew I. Sealfon

DATED: May 26, 2020           RAMEY & SCHWALLER, LLP

                              By:  */s/ William P. Ramey, III*
                                   William P. Ramey, III
                                   Attorneys for Plaintiff EMED
                                   Technologies Corporation

        IT IS SO ORDERED.

Dated:  May 27, 2020
                                   _____
                                   Troy L. Nunley
                                   United States District Judge